UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BROAN-NUTONE, LLC, et al.,<br><br>  Defendants. | Case No. 23-cv-06650-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on April 2, 2024. Having considered the parties' proposals, *see* Dkt. No. 20, the Court **SETS** the following deadlines[1] pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/Joinder | June 1, 2024 |
| Close of Fact Discovery | October 4, 2024 |
| Exchange of Opening Expert Reports | November 1, 2024 |
| Exchange of Rebuttal Expert Reports | November 15, 2024 |
| Close of Expert Discovery | December 6, 2024 |
| Dispositive Motion Hearing Deadline | January 23, 2025, at 2:00 p.m. |
| Pretrial Conference | April 15, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | April 28, 2025, at 8:30 a.m. |

//

//

---

[1] The Court adjusts the dispositive motion hearing deadline and pretrial conference date per its standing order.

1     These dates may only be altered by order of the Court and only upon a showing of good

2  cause.  The parties are directed to review and comply with this Court's standing orders.  This order

3  terminates Dkt. No. 20.

4     **IT IS SO ORDERED.**

5  Dated:  4/10/2024

6

7  HAYWOOD S. GILLIAM, JR.
   United States District Judge

2