UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BROAN-NUTONE, LLC, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-06650-HSG<br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on August 27, 2024. Having considered the parties' proposal, *see* Dkt. No. 29, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | December 6, 2024 |
| Exchange of Opening Expert Reports | January 3, 2025 |
| Exchange of Rebuttal Expert Reports | January 24, 2025 |
| Close of Expert Discovery | February 14, 2025 |
| Dispositive Motion Hearing Deadline | March 13, 2025, at 2:00 p.m. |
| Pretrial Conference | June 3, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | June 16, 2025, at 8:30 a.m. |

//
//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2  cause.  The parties are directed to review and comply with this Court's standing orders.  This order
3  terminates Dkt. No. 29.

**IT IS SO ORDERED.**

Dated:   9/5/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge